UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

RENEE MARIE GBRUOSKI,                         )
                                              )
                    Plaintiff,                )
                                              )        **JUDGMENT IN A CIVIL CASE**
          v.                                  )
                                              )        **CASE NO. 7:16-CV-106-D**
NANCY A. BERRYHILL, Acting Commissioner       )
of Social Security,                           )
                    Defendant.                )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the
M&R [D.E. 29]. Plaintiff's motion for judgment on the pleadings [D.E. 22] is DENIED,
defendant's motion for judgment on the pleadings [D.E. 26] is GRANTED, defendant's final
decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on July 12, 2017, and Copies To:**

Monica Rathke Savidge                    (via CM/ECF electronic notification)

Wanda D. Mason                           (via CM/ECF electronic notification)

DATE:                              PETER A. MOORE, JR., CLERK
July 12, 2017               (By) /s/ Nicole Briggeman
                                       Deputy Clerk